District Judge James L. Robart
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VISHAL SINGH UPPAL
(Agency # A75-301-775),

                Petitioner,

v.

ALBERTO R. GONZALES, Attorney General of the United States, et al.,

                Respondents.

No. C06-0261-JLR-MAT

[~~PROPOSED~~] ORDER ON RESPONDENTS' MOTION TO EXTEND DEADLINE

Having read Respondents' Motion to Extend Deadline to file their Return Memorandum on May 8, 2006,

**IT IS SO ORDERED.**

The Clerk is directed to send copies of this Order to all counsel of record.

DATED this  10th  day of April, 2006.

                s/ Mary Alice Theiler
                United States Magistrate Judge

[~~PROPOSED~~] ORDER ON RESPONDENTS' MOTION FOR EXTENSION OF DEADLINE – 1
(C06-0261-JLR-MAT)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970