UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| VISHAL SINGH UPPAL, | ) | C06-0261-JLR-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING |
| | ) | APPOINTMENT OF COUNSEL |
| MICHAEL CHERTOFF, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

On February 23, 2006, petitioner filed, *pro se*, a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his detention by the Bureau of Immigration and Customs Enforcement ("ICE"). (Dkts. #4). Petitioner has subsequently submitted numerous documents in further support of his habeas petition. ( *See* Dkts. #8, #9 and #11). On April 13, 2006, petitioner filed a motion for appointment of counsel. (Dkt. #12).

The Court, having considered petitioner's motion for appointment of counsel, and the balance of the record, does hereby find and ORDER as follows:

(1)     Petitioner's motion for appointment of counsel (Dkt. #12) is DENIED. There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2241 unless an evidentiary

ORDER DENYING
APPOINTMENT OF COUNSEL
PAGE -1

01    hearing is required, because they are civil, not criminal, in nature. *See Terravona v. Kincheloe*,

02    852 F.2d 424, 429 (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992), and

03    Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts.

04    Moreover, upon review of the record, it appears that petitioner has been able to successfully

05    articulate his claims thus far.  If the Court later requires an evidentiary hearing, and assuming

06    petitioner meets the indigency requirement, counsel will be appointed.

07          (2)     The Clerk is directed to send a copy of this Order to petitioner, all counsel of

08    record, and to the Honorable James L. Robart.

09          DATED this  18th  day of  April , 2006.

11                               Mary Alice Theiler
                              United States Magistrate Judge

ORDER DENYING
APPOINTMENT OF COUNSEL
PAGE -2